IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD WINDELL WATERS,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00184-MP-AK

WILLIAM P CERVONE, et al,

    Defendants.

_____/

**O R D E R**

This matter was stayed through July 5, 2010, by Order dated March 5, 2010, based on Plaintiff's request. (See Docs. 18 and 19). The status of the case is that there was a recommendation pending that this cause be dismissed for failure to state a claim for relief to which Plaintiff has objected. (See Docs. 10 and 14). Having no further communication from Plaintiff, the STAY IS LIFTED, and the Court will go forward and render a decision on the recommendations and objections in due course.

**DONE AND ORDERED** this  _16th_  day of August, 2010

                                          *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge