IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD WINDELL WATERS,

    Plaintiff,

v.                                    CASE NO. 1:07-cv-00184-MP -GRJ

WILLIAM P CERVONE, et al,

    Defendants.

_____/

## O R D E R

This matter is before the Court upon Plaintiff's Motion for Transcriptions. (Doc. 24.) Plaintiff requests a copy of the Report and Recommendation submitted on October 14, 2008. Upon due consideration, Plaintiff's motion is due to be **GRANTED**, and the Clerk is directed to mail to Plaintiff a copy of Document 10.

**DONE AND ORDERED** this 27th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge