IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD WINDELL WATERS,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00184-MP -GRJ

WILLIAM P CERVONE, CHARLES J CRIST, JR, CLIFFORD LEVIN, RICHARD PARKER, MARGARET STACK, ALAN WALDMAN, ELLIE WILKOV,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff objected at Doc. 14, and also moved to amend his complaint at Doc. 13. Having reviewed his proposed amended complaint, Doc. 15, the Court finds that amendment would be futile.

Plaintiff asserts that the prosecutor, the defense attorneys, the state court judge and several psychiatric doctors "teamed up" to wrongly convict him. As the Magistrate Judge points out, the prosecutors and the judge are immune from suit. Additionally, Plaintiff does not allege that he has previously overturned the conviction. Thus, a civil suit cannot flow from this conviction. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The motion to amend the complaint, Doc. 13, is denied, and the Clerk is directed to strike the First Amended Complaint, Doc. 15, from the docket.

3. Plaintiff's complaint, Doc. 1, is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this *23rd* day of February, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge